IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSN. et al.,   )<br>                                                         )<br>         Plaintiffs,                           )<br>                                                         )<br>    v.                                                )<br>                                                         )<br>UNITED STATES FOREST SERVICE,  )<br>et al.,                                              )<br>                                                         )<br>         Defendants.                        )<br>_____)<br>                                                         )<br>CALIFORNIA DEPARTMENT OF FISH)<br>AND CAME, CALIFORNIA TROUT,     )<br>INC., BACK COUNTRY HORSEMEN  )<br>OF CALIFORNIA, INC., MID VALLEY )<br>UNIT, KENNEDY MEADOWS            )<br>RESORT AND PACK STATION, INC., )<br>JAMES L. PHELAN,                           )<br>                                                         )<br>         Intervenors,                         )<br>                                                         )<br>HIGH SIERRA HIKERS ASSN. et al.,   )<br>                                                         )<br>         Plaintiffs.                            )<br>_____) | CV F 05-0496 AWI DLB<br><br>**ORDER VACATING HEARING DATE OF FEBRUARY 14, 2006, AND RESETTING HEARING DATE TO MARCH 24, 2006.** |

     In this action for declaratory and injunctive relief, both parties have moved for summary judgment. The cross-motions for summary judgment are scheduled for oral argument to be heard on February 14, 2006. Because of the large volume of material to be reviewed, the court will require additional time for consideration of the parties' pleadings as well as for review of the extensive administrative record.

THEREFORE, pursuant to Local Rule 87-230(h), the hearing that is scheduled for February 14, 2006, is hereby VACATED and no party shall appear at that time. The hearing on the parties' cross-motions for summary judgment are hereby RESCHEDULED for Friday, March 24, 2006 at 9:00 a.m. in courtroom 2.

IT IS SO ORDERED.

**Dated:     February 7, 2006**                             **/s/ Anthony W. Ishii**
h2ehf                                                               UNITED STATES DISTRICT JUDGE

2