IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSN. et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>      Defendants.<br>_____<br>CALIFORNIA DEPARTMENT OF FISH AND CAME, CALIFORNIA TROUT, INC., BACK COUNTRY HORSEMEN OF CALIFORNIA, INC., MID VALLEY UNIT, KENNEDY MEADOWS RESORT AND PACK STATION, INC., JAMES L. PHELAN,<br><br>      Intervenors,<br><br>HIGH SIERRA HIKERS ASSN. et al.,<br><br>      Plaintiffs.<br>_____ | CV F 05-0496 AWI DLB<br><br>ORDER VACATING HEARING DATE OF JULY 31, 2006, AND TAKING MATTER UNDER SUBMISSION. |

    In this action for declaratory and injunctive relief, the court has issued a memorandum opinion and order granting summary judgment to plaintiff High Sierra Hikers Association, et al. In the instant motion, intervener California Trout seeks reconsideration of that order pursuant to FRCP 60(b)(1)(6). The motion was scheduled for oral argument to be held on Monday, July 31, 2006. The court has reviewed California Trout's motion, Plaintiff's opposition and Defendant's

1  statements of non-opposition.  The court finds intervener's motion is suitable for decision
2  without oral argument.  Local Rule 78-230(h).
3        THEREFORE, pursuant to Local Rule 78-230(h), the hearing that is scheduled for July
4  31, 2006, is hereby VACATED and no party shall appear at that time.  As of July 31, 2006, the
5  court shall take the matter under submission and will thereafter render its decision.

7  IT IS SO ORDERED.
8  **Dated:    July 26, 2006**                            **/s/ Anthony W. Ishii**
   h2ehf                                                   UNITED STATES DISTRICT JUDGE