1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HIGH SIERRA HIKERS ASSN. et al., ) | CV F 05-0496 AWI DLB |
|                Plaintiffs, ) | |
|     v. ) | **ORDER DIRECTING CLERK OF THE COURT TO ENTER JUDGMENT AND CLOSE THE CASE**. |
| UNITED STATES FOREST SERVICE, ) et al., ) | |
|                Defendants. ) | |
| CALIFORNIA DEPARTMENT OF FISH ) AND CAME, CALIFORNIA TROUT, ) INC., BACK COUNTRY HORSEMEN ) OF CALIFORNIA, INC., MID VALLEY ) UNIT, KENNEDY MEADOWS ) RESORT AND PACK STATION, INC., ) JAMES L. PHELAN, ) | |
|                Intervenors, ) | |
| HIGH SIERRA HIKERS ASSN. et al., ) | |
|                Plaintiffs. ) | |

On June 8, 2006, the court issued a memorandum opinion and order granting summary judgment for Plaintiff on Plaintiff's claim for relief under the Wilderness Act and granting summary judgment to Defendants as to Plaintiffs' claim for relief under the National Environmental Policy Act.  Doc. # 123.  Plaintiff's motion for summary judgment as to its claim for injunctive relief was denied.  The effect of the court's order is to set aside that portion of

1 Defendant Forest Service's Report of Decision that authorizes the repair, maintenance, and
2 operation of certain water impoundment structures in the Emigrant Wilderness.  On August 24,
3 2006, the court denied the motion by Intervenor California Trout for reconsideration of the June
4 8 Order.  Doc. # 143.  Notice of Appeal was filed on August 7, 2006.

6   The court finds that this court's order of June 8, 2006, has settled all issues in the action,
7 and no further issues remain to be adjudicated.  It is therefore hereby ORDERED that the Clerk
8 of the Court shall enter judgment in accordance with the court's order of June 8, 2006, and shall
9 CLOSE THE CASE.

11 IT IS SO ORDERED.

12 **Dated:   August 25, 2006**                               **/s/ Anthony W. Ishii**
   h2ehf                                                    UNITED STATES DISTRICT JUDGE